IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT,<br><br>        Plaintiff,<br>   v.<br><br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE<br><br>        Defendant. | Case No. 1:18-cv-02800-TSC |

**Notice**

    The parties filed cross motions for summary judgment in the above-captioned matter. Briefing has been complete since July 12, 2019. Plaintiff maintains his motion for summary judgment.

Dated: July 14, 2020

Respectfully submitted,

 /s/ Mark W. DeLaquil
MARK W. DELAQUIL
   D.C. Bar No. 493545
ANDREW M. GROSSMAN
   D.C. Bar No. 985166
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
mdelaquil@bakerlaw.com
agrossman@bakerlaw.com

*Attorneys for Plaintiff Gilbert P. Hyatt*

## Certificate of Service

I certify that on July 14, 2020, I electronically filed the foregoing with the Court using the CM/ECF system, which will send a notification to all counsel of record.

Dated: July 14, 2020

Respectfully submitted,

/s/ Mark W. DeLaquil
MARK W. DeLaquil
   D.C. Bar No. 493545
ANDREW M. GROSSMAN
   D.C. Bar No. 985166
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
mdelaquil@bakerlaw.com
agrossman@bakerlaw.com

*Attorneys for Plaintiff Gilbert P. Hyatt*